MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Reeve Knopes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REEVE KNOPES,<br><br>    Defendants. | Case No.: 2:13 CR 324 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

   Defendant Reeve Knopes by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Justin Lee, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, January 28, 2014 at 9:45 a.m. to Tuesday, March 4, 2014 at 9:45 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.

   The continuance is requested to review the significant amount of discovery, review it with the client, conduct additional investigation and discuss settlement options.

   It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 22, 2014          The CHASTAINE LAW OFFICE


                                 By:     /s/ Michael Chastaine
                                     MICHAEL CHASTAINE
                                     Attorney for Reeve Knopes

1

Dated: January 22, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           By:    /s/ Justin Lee
                                                  JUSTIN LEE
                                                  Assistant U.S. Attorney


### ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, January 28, 2014 at 9:45 a.m. be continued to Tuesday, March 4, 2014 at 9:45 a.m. and that the period from January 28 , 2014 to March 4, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   1/22/2014                         /s/ John A. Mendez_____

                                           HONORABLE JOHN A. MENDEZ
                                           District Judge
                                           United States District Court