BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00324-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| REEVE JOSEPH KNOPES, | DATE: March 4, 2014
TIME: 9:45 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 4, 2014.

2. By this stipulation, defendant now moves to continue the status conference until April 1, 2014 at 9:45 a.m, and to exclude time between March 4, 2014, and April 1, 2014 at 9:45 a.m, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative and arrest reports, documentation related to the defendant's criminal history, and documentation related to a forensic examination of the defendant's cellular telephone. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

b)  Counsel for defendant desires additional time to review the discovery provided in this case, conduct additional investigation, and consult with the defendant related to potential resolution of this matter.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2014 to April 1, 2014 at 9:45 a.m, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 26, 2014                                    BENJAMIN B. WAGNER
                                                             United States Attorney

                                                              /s/ JUSTIN L. LEE
                                                             JUSTIN L. LEE
                                                             Assistant United States Attorney

Dated: February 26, 2014         /s/ MICHAEL CHASTAINE
                                 MICHAEL CHASTAINE
                                 Counsel for Defendant
                                 REEVE KNOPES
                                 (as authorized on February 26, 2014)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of February, 2014

                                 /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE