**FILED**

MAR 23 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  CAROLYN M. WIGGIN, Bar No. 182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: 916.498.5700

5  Attorney for Movant
   REEVE JOSEPH KNOPES

6

7              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
   REEVE JOSEPH KNOPES,            )
10                                 )    No. 2:13-cr-00324-JAM-CKD-1
              Movant,             )
11                                 )
       v.                          )    **REQUEST FOR VOLUNTARY**
12                                 )    **DISMISSAL; [PROPOSED] ORDER**
   UNITED STATES OF AMERICA,       )
13                                 )
              Respondent.          )
14 _____)

15       Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, Movant Reeve Joseph

16 Knopes, by and through his appointed counsel, hereby respectfully requests that this Court enter

17 an order dismissing without prejudice his Motion to Vacate, Set Aside or Correct Sentence under

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25

28 U.S.C. Section 2255, filed June 21, 2016 (docket entry no. 34).

DATED: March __, 2017                    Respectfully submitted,

*Reeve Knopes*

REEVE JOSEPH KNOPES

DATED: March 8, 2017                     HEATHER E. WILLIAMS
                                         Federal Defender

                                         *s/ Carolyn M. Wiggin*
                                         CAROLYN M. WIGGIN
                                         Assistant Federal Defender
                                         Attorney for Movant
                                         REEVE JOSEPH KNOPES

---

## ORDER

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Movant Reeve Joseph
Knopes' request for dismissal of his Motion to Vacate, Set Aside or Correct Sentence under 28
U.S.C. Section 2255, filed June 21, 2016 (docket entry no. 34), is GRANTED.

IT IS SO ORDERED.

DATED: **3/23**, 2017

Hon. John A. Mendez
United States District Judge

2