HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
REEVE JOSEPH KNOPES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00324-JAM-CKD |
| Plaintiff, | ) ) ) | **SEALING ORDER** |
| vs. | ) ) | JUDGE: Hon. John A. Mendez |
| REEVE JOSEPH KNOPES, | ) ) | |
| Defendant-Movant. | ) ) ) | |

   IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information is not available on the public docket. The Request and its Exhibit C are to be provided to the Court and Assistant United States Attorney Justin Lee.

   These documents shall remain under seal until further Order of the Court.

   **IT IS SO ORDERED.**

DATED: November 2, 2020          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

Knopes: Sealing Order